IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL UNION NO. 5, AFL-CIO )))))) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. )) | NO.   06-0798 |
| MILLENNIAL ELECTRIC USA, LLC )))) | |
| Defendant. ) | |

## ORDER

On this 22nd day of ____January____, 2007, it is hereby Ordered, Adjudged, and Decreed that Plaintiff's Motion for Default Judgment is granted, judgment is entered in Plaintiff's favor, and a hearing is scheduled for Friday, January 26, 2007 at 11 a.m. in Courtroom #3A for a determination of damages.

_____
J.